# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2853
LT Case No. 2024-102691-CFDL

_____

JEFF JOSEPH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction

Jeff Joseph, Miami, pro se.

Matthew J. Metz, Public Defender, and Joshua M. Mott.,
Assistant Public Defender, Deland, for Petitioner.

No Appearance for Respondent.

December 13, 2024

PER CURIAM.

The petition for habeas corpus is dismissed. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003).

PETITION DISMISSED.

EDWARDS, C.J., and SOUD and KILBANE, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————